**Cheryl JANKY, Plaintiff–Appellee,**

v.

**Henry FARAG, Defendant,**

**and**

**Lake County Convention and Visitors Bureau, Defendant–Appellant.**

**No. 2008–1251.**

United States Court of Appeals, Federal Circuit.

May 13, 2008.

Francois M. Nabwangu, Nabwangu & Nabwangu PLLC, Belleville, MI, for Plaintiff–Appellee.

Timothy James Jordan, Garan Lucow Miller PC, Detroit, MI, for Defendant–Appellant.

### *ORDER*

Pursuant to this court's order filed April 28, 2008,

IT IS ORDERED THAT:

The appeal is hereby transferred to the U.S. Court of Appeals for the Seventh Circuit.